L. Christopher Rose, Esq.
Nevada Bar No. 7500
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: lcr@h2law.com
Email: jwf@h2law.com

*Attorneys for Defendant*
*AmeriFirst Home Improvement Finance, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN MENDEZ, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>AMERIFIRST HOME IMPROVEMENT FINANCE, LLC, a Virginia limited liability company,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00418-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiff Steven Mendez ("Plaintiff" or "Mendez") and Defendant AmeriFirst Home Improvement Finance, LLC ("Defendant" or "AmeriFirst"), through counsel, hereby agree and stipulate, as follows:

1. Plaintiff filed its *Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et Seq*. (the "Complaint") on March 7, 2022.

2. Plaintiff served the Summons and Complaint on Defendant on March 9, 2022.

3. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant had 21 days from the date of service to file and serve an answer or other response to the Complaint (*i.e.*, until March 30, 2022).

4. Defendant's counsel has requested, and Plaintiff's counsel has agreed, to grant Defendant a 30-day extension of time to file and serve an answer or other response to the Complaint, making the response due on April 29, 2022.

-1-

4887-8046-7736.1

5. Good cause exists for the requested extension because, after being served with the Summons and Complaint, Defendant had engaged in the process of retaining counsel, who requires additional time to investigate Plaintiff's allegations and Defendant's defenses so they may properly respond to the allegations in the Complaint.

6. This is the first stipulation to extend the date for Defendant to answer or otherwise respond to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | KRIEGER LAW GROUP, LLC |
|---|---|
| By: /s/ Jonathan W. Fountain<br>L. Christopher Rose, Esq.<br>Nevada Bar No. 7500<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: lcr@h2law.com<br>Email: jwf@h2law.com<br><br>*Attorneys for Defendant*<br>*AmeriFirst Home Improvement Finance, LLC* | By: /s/ Shawn Miller<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>5502 S. Ft. Apache, Suite 200<br>Las Vegas, NV 89148<br>Tel. (702) 848-3855<br>Email : dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff*<br>*Steven Mendez* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 30, 2022

4823-4720-2139, v. 1

-2-

4887-8046-7736.1