L. Christopher Rose, Esq.
Nevada Bar No. 7500
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: lcr@h2law.com
Email: jwf@h2law.com

*Attorneys for Defendant*
*AmeriFirst Home Improvement Finance, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN MENDEZ, an individual, | Case No. 2:22-cv-00418-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| AMERIFIRST HOME IMPROVEMENT FINANCE, LLC, a Virginia limited liability company, | **(Second Request)** |
| Defendant. | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiff Steven Mendez ("Plaintiff" or "Mendez") and Defendant AmeriFirst Home Improvement Finance, LLC ("Defendant" or "AmeriFirst"), through counsel, hereby agree and stipulate, as follows:

1. Plaintiff filed its *Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et Seq.* (the "Complaint") on March 7, 2022.

2. Plaintiff served the Summons and Complaint on Defendant on March 9, 2022.

3. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant had 21 days from the date of service to file and serve an answer or other response to the Complaint (*i.e.*, until March 30, 2022).

4. Defendant and Plaintiff stipulated to a prior 30-day extension of time to file and serve an answer or other response to the Complaint, which made the response due on April 29, 2022. The first extension was because, after being served with the Summons and Complaint,

-1-

4887-8046-7736.1

Defendant had engaged in the process of retaining counsel, who required additional time to investigate Plaintiff's allegations and Defendant's defenses to properly respond to the allegations in the Complaint.

5. Since the first extension, Plaintiff and Defendant have engaged in settlement discussions and believe there is a meaningful chance of resolution of this action. Thus, they stipulate for an additional 30 day extension, which would make the response due on Tuesday, May 31, 2022.

6. This is the second stipulation to extend the date for Defendant to answer or otherwise respond to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | KRIEGER LAW GROUP, LLC |
|---|---|
| By: /s/ L. Christopher Rose<br>L. Christopher Rose, Esq.<br>Nevada Bar No. 7500<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: lcr@h2law.com<br>Email: jwf@h2law.com<br><br>*Attorneys for Defendant*<br>*AmeriFirst Home Improvement Finance, LLC* | By: /s/ David Krieger<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>5502 S. Ft. Apache, Suite 200<br>Las Vegas, NV 89148<br>Tel. (702) 848-3855<br>Email : dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff*<br>*Steven Mendez* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 3, 2022

4856-8350-2110, v. 1

4887-8046-7736.1