L. Christopher Rose, Esq.
Nevada Bar No. 7500
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: lcr@h2law.com
Email: jwf@h2law.com

*Attorneys for Defendant*
*AmeriFirst Home Improvement Finance, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN MENDEZ, an individual,<br><br>Plaintiff,<br>vs.<br><br>AMERIFIRST HOME IMPROVEMENT FINANCE, LLC, a Virginia limited liability company,<br><br>Defendant. | Case No. 2:22-cv-00418-JAD-DJA<br><br>**JOINT NOTICE OF SETTLEMENT**<br>**and**<br>**STIPULATION TO EXTEND DATE TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

Plaintiff Steven Mendez ("Plaintiff" or "Mendez") and Defendant AmeriFirst Home Improvement Finance, LLC ("Defendant" or "AmeriFirst"), through counsel, hereby notify the Court that they have reached a settlement in principle and are in the process of documenting the settlement through preparation of a settlement agreement.

The parties had submitted stipulations previously seeking to extend the date for AmeriFirst to respond to the Complaint first to April 29, 2022 (ECF No. 6) and then to today, May 31, 2022 (ECF No. 8). The parties stated in those stipulations that the extensions were to provide a chance for the parties to continue to engage in meaningful settlement discussions given the potential for resolution of this dispute. The parties are pleased to inform the Court that as a result of those discussions, an agreement has been reached in principle and the parties need only to prepare and execute a settlement agreement, after which this action will be dismissed. Until such time, which the parties anticipate will take no longer than 30 to 60 days, the parties have agreed that AmeriFirst need not respond to the Complaint. The parties stipulate to a new response due date of August 1,

2022.  This is the third request for an extension.  Based on the facts set forth above, the parties submit that good cause exists for a further extension.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC      KRIEGER LAW GROUP, LLC

By: /s/ Jonathan W. Fountain
L. Christopher Rose, Esq.
Nevada Bar No. 7500
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: lcr@h2law.com
Email: jwf@h2law.com

*Attorneys for Defendant
AmeriFirst Home Improvement Finance, LLC*

By: /s/ David Krieger
David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
5502 S. Ft. Apache, Suite 200
Las Vegas, NV 89148
Tel. (702) 848-3855
Email : dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff
Steven Mendez*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 1, 2022

4882-5809-3091, v. 1

-2-

4887-8046-7736.1